| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Diana Tabacopoulos (SBN 128238) |
| 2 | E-mail: dtabacopoulos@seyfarth.com |
| | Jill Porcaro (SBN 190412) |
| 3 | E-mail: jporcaro@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 4 | Los Angeles, California  90067-3021 |
| | Telephone:  (310) 277-7200 |
| 5 | Facsimile:  (310) 201-5219 |
| 6 | SEYFARTH SHAW LLP |
| | Holly B. Biondo (SBN 216745) |
| 7 | E-mail: hbiondo@seyfarth.com |
| | 333 South Hope Street, Suite 3900 |
| 8 | Los Angeles, California 90071-1406 |
| | Telephone: (213) 270-9600 |
| 9 | Facsimile:  (213) 270-9601 |
| 10 | Attorneys for Defendant |
| | WALGREEN CO. |
| 11 | |
| 12 | BLUMENTHAL, NORDREHAUG & BHOMIK |
| | Norman B. Blumenthal (SBN 068687) |
| | Kyle R. Nordrehaug (SBN 205975) |
| 13 | Aparajit Bhowmik (SBN 248066) |
| | 2255 Calle Clara |
| 14 | La Jolla, CA 92037 |
| | www.banlawca.com |
| 15 | Telephone: (858) 551-1223 |
| | Facsimile: (858) 551-1232 |
| 16 | |
| | Attorneys for Plaintiffs |
| 17 | RENE HODACH and WINSTON BOLLS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RENE HODACH and WINSTON BOLLS, individuals, on behalf of themselves, and on behalf of all persons similarly situated, | ) ) ) | Case No. 2:12-cv-01790-GEB-EFB |
| | ) ) ) ) | **[PROPOSED] ORDER RE STIPULATION TO TRANSFER VENUE TO CENTRAL DISTRICT OF CALIFORNIA** |
| Plaintiff, | ) ) | |
| v. | ) ) | Complaint Filed:    May 9, 2012 |
| WALGREEN CO., a Illinois Corporation, and DOES 1 through 50, inclusive, | ) ) ) | First Amended Complaint Filed:    August 2, 2012 |
| Defendants. | ) ) | |

[PROPOSED] ORDER RE STIPULATION TO TRANSFER VENUE TO
CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:12-cv-01790-GEB-EFB

14793715v.1
14793715v.1

1

2      The Stipulation to Transfer Venue to Central District of California, entered into among

3 Plaintiffs Rene Hodach and Winston Bolls, and Defendant Walgreen Co. has been submitted to

4 the Court for consideration.  The Court, having reviewed and considered the stipulation, and

5 good cause appearing therefor, HEREBY ORDERS that the stipulation is APPROVED.  The

6 Clerk is directed to transfer this case to the United States District Court, Central District of

7 California, forthwith.  No further proceedings shall be had in this Court.

8      IT IS SO ORDERED.

9      **Date:  8/29/2012**

10

11      _____
    GARLAND E. BURRELL, JR.

12      Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28